

FILED

APR 17 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-cr-00475-LAB |
| Plaintiff, | |
| vs. | |
| Christopher Romeo Gastelum , | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, AND EXONERATE BOND |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, and the bond be exonerated.

Dated:  4/13/2017

_____

Hon. Jill L. Burkhardt
United States Magistrate Judge